UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, as successor by merger to Continental Reinsurance Corporation,<br><br>      Petitioner,<br>  v.<br><br>AXA VERSICHERUNG AG, as successor to Colonia Versicherungs,<br><br>      Respondent. | Civil Action No. 18-cv-7349<br><br>**DECLARATION OF<br>MICHAEL A. KNOERZER** |

I, MICHAEL A. KNOERZER, declare as follows:

  1.  I am a partner in the law firm of Clyde & Co US LLP and represent Continental Insurance Company ("Continental") in this matter. I submit this Declaration in support of the Continental's petition to confirm the final award issued on July 12, 2018 (the "Final Award") in the arbitration between Continental, as successor by merger to Continental Reinsurance Corporation, and Respondent, Colonia Versicherungs, n/k/a AXA Versicherung AG.

  2.  Attached hereto as Exhibit A is a true and correct copy of the Final Award, dated June 12, 2018.

  3.  Attached hereto as Exhibit B is a true and correct copy of Continental's Quota Share Retrocessional Agreement.

Dated: August 14, 2018
   New York, New York

                              _____
                               Michael A. Knoerzer